IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANGELA LYUBARSKY,

    Plaintiff,

vs.                                              No. CIV 12-873 WDS

MICHAEL J. ASTRUE, Commissioner
of the Social Security Administration,

    Defendant.

## ORDER SETTING BRIEFING SCHEDULE

**THIS MATTER,** having come before the Court for scheduling, it is hereby **ORDERED** as follows:

(1)    Plaintiff shall file a Motion to Reverse or Remand Administrative Decision with Supporting Memorandum on or before March 22, 2013.

(2)    Defendant shall file his Response on or before May 10, 2013.

(3)    Plaintiff may file a Reply on or before May 29, 2013.

(4)    Supporting memoranda filed pursuant to this Order shall cite to the transcript or record when making assertions of fact, and all propositions of law shall be supported by citation of authority.

(5)    All requests for extensions of time altering the deadlines set in this scheduling order shall be made through Motion to the Court. If the parties concur in seeking an extension of time, they shall submit a stipulated Order to the Court for approval.

_____
**W. DANIEL SCHNEIDER**
**UNITED STATES MAGISTRATE JUDGE**