IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANGELA LYUBARSKY,

      Plaintiff,

v.                                     No. CIV-12-0873 LAM

CAROLYN W. COLVIN, Acting Commissioner
of the Social Security Administration,

      Defendant.

# FINAL ORDER

      **PURSUANT TO** the *Memorandum Opinion and Order* entered concurrently herewith, the Court enters this *Final Order* under FED. R. CIV. P. 58, **GRANTING** Plaintiff's *Motion to Reverse or Remand Administrative Agency Decision (Doc. 27)* and **REMANDING** this case to the Commissioner of the Social Security Administration for further proceedings consistent with the *Memorandum Opinion and Order*.

      IT IS SO ORDERED.

                                          _____
                                          THE HONORABLE LOURDES A. MARTÍNEZ
                                          UNITED STATES MAGISTRATE JUDGE
                                          **Presiding by Consent**